UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| RHONDA MARTIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24 CV 50302 |
| | ) | Judge Iain D. Johnston |
| SHEPHERD CAPITAL, LLC, *et al.*, | ) | |
|     Defendants. | ) | |

**ORDER**

  Before the Court is a Report and Recommendation from Magistrate Judge Schneider recommending that default judgment be entered against the three defendants plaintiff Rhonda Martin alleges employed her, Shepherd Capital, LLC d/b/a Shepherd Premier Senior Living, Shepherd Capital, LLC Harvard, and Shepherd Capital, LLC Bull Valley. Dkt. 24. According to the complaint, defendant Shepherd Capital, LLC owned operated two senior residential facilities at which she worked, Shepherd Capital, LLC Harvard and Shepherd Capital LLC Bull Valley. Ms. Martin alleges worked full-time at the Harvard facility, often over 40 hours a week, plus occasionally worked additional overtime at the Bull Valley facility. She alleges that she suffered a spinal fracture at work, and when she took a day off from work to have an MRI and then to recover from the anesthesia, she was terminated. She raises claims against all three defendants under the Fair Labor Standards Act and Illinois Minimum Wage Act for failing to pay her overtime wages, under the Illinois Wage Payment and Collection Act for failing to pay agreed-upon wages. Against just Shepherd Capital, LLC and Shepherd Capital, LLC Harvard she raises claims of discrimination in violation of the Americans with Disabilities Act retaliation for exercising her rights under workers' compensation laws. She seeks backpay and prejudgment interest under the ADA, treble damages for the unpaid overtime premium for all overtime hours she worked under the Illinois Minimum Wage Act, *see* 820 ILCS 105/12(a), a five-percent per month penalty under that same act for each month her overtime premium remained unpaid, *see id.*, and an additional five-percent per month penalty under the Illinois Wage Payment and Collection Act for each month her agreed-upon wages remained unpaid, *see* 820 ILCS 115/14(a).

  According to the Report and Recommendation, defendant Shepherd Capital LLC Bull Valley was served through its registered agent on August 15, 2024, the other two defendants were served through their registered agent on December 30, 2024, and none of them appeared. The plaintiff sought an order of default under Federal Rule of Civil Procedure 55(a), which the Clerk of Court entered. The plaintiff then sought a default judgment under Fed. R. Civ. P. 55(b), and served notice of the motion and its presentment scheduled for July 17, 2025, on Defendants' registered agent, but none of the defendants appeared. Judge Schneider then entered the Report and Recommendation that this Court enter a default judgment and award damages and fees totaling $156,582.97 comprised of the following: $112,106.25 in backpay, $19,590.57 in prejudgment interest on the backpay, treble damages of $3,964.13 for the unpaid overtime premium, $1,897.96 for the five-percent per month penalty for unpaid overtime under the Illinois

Minimum Wage Act, $1,897.96 for the five-percent per month penalty for unpaid agreed-upon wages under the Illinois Wage Payment and Collection Act, attorneys' fees of $15,837.50 under each of those statutes plus costs of $1,288.60. Judge Schneider gave the parties until August 22, 2025, to object to the Report and Recommendation, but none have done so.

      In light of the proper service on the defendants, their failure to file appearances or appear for the default judgment hearing, and in the absence of any objection to Judge Schneider's Report and Recommendation, the Court accepts the Report and Recommendation [24] and grants Ms. Martin's motion for a default judgment [18]. The Court has reviewed the requests for damages and finds them to be supported by documentation and affidavit, and finds the fees and costs requested to have been reasonably incurred at reasonable rates. Accordingly damages, costs and fees are awarded in the total amount of $156,582.97.

Date: August 29, 2025      By: _____
                                                     Iain D. Johnston
                                                     United States District Judge